IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DONNA M. UNDERBERG, as Personal Representative of the Estate of Thomas J. Underberg and as Personal Representative on behalf of Donna M. and Mark G. Underberg,<br><br>              Plaintiff,<br><br>vs.<br><br>EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>              Defendant. | CV 15-112-BLG-TJC<br><br>**ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER AND SETTING STATUS CONFERENCE** |

Defendant has filed Unopposed Motion to Amend the Scheduling Order. (Doc. 31.) The parties request the Court extend the current deadlines to allow additional time for completion of discovery. The parties also request that the Court schedule a Status Conference for the purpose of re-setting the Final Pretrial Conference and Trial. Good cause appearing, **IT IS HEREBY ORDERED** that the February 22, 2017 Scheduling Order (Doc. 30) is **AMENDED**[1] as follows:

| | |
|---|---|
| Motions for Summary Judgment on the Issues of Duty and Choice of Law | **July 20, 2017** |

---

[1] The Court adopts the parties' proposed deadlines, with the exception of proposed dates that fell on weekends. The Court adjusted the deadlines to fall on the following weekday.

Disclosure of Plaintiff's
Damages Expert and Simultaneous
Disclosure of Liability Experts:            **December 28, 2017**

Disclosure of Defendant's
Damages Experts:                            **January 29, 2018**

Disclosure of Rebuttal Expert
Disclosures:                                **February 20, 2018**

Discovery Deadline (discovery must
be served so that responses are due
on or before this date):                    **March 21, 2018**

Motion for Settlement Conference
Before a U.S. Magistrate Judge:             **March 21, 2018**

Motions Filing Deadline (except
motions otherwise scheduled):               **May 3, 2018**

**IT IS FURTHER ORDERED** that the Final Pretrial Conference scheduled for June 4, 2018 at 11:00 a.m. and the Trial scheduled for June 18, 2018 at 9:00 a.m. are **VACATED**. A telephonic Status Conference shall be held on **May 4, 2017 at 11:30 a.m.** for the purposes of rescheduling the Final Pretrial Conference, Trial date, and related deadlines. Counsel shall use the Court's conferencing system:

     a.    Dial 1-877-848-7030
     b.    Enter Access Code 5492555 #
     c.    Press #

/ / /

All other guidelines and requirements outlined in the Court's February 22, 2017 Scheduling Order remain in effect. (*See* Doc. 30.)

**IT IS ORDERED.**

DATED this 19th day of April, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge