UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DONNA M. UNDERBERG as Personal Representative of the Estate of Thomas J. Underberg and as Personal Representative on behalf of Donna M. and Mark G. Underberg, | Case No. CV-15-112-BLG-TJC <br><br> JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| vs. | |
| EMPLOYERS MUTUAL CASUALTY COMPANY, | |
| Defendant. | |

  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED EMC's Motion for Partial Summary Judgment Regarding Choice of Law (Doc. 36) is DENIED. EMC's Motion for Summary Judgment Regarding Duty and Causation (Doc. 39) is GRANTED.

  Dated this 20th day of March, 2018.

       TYLER P. GILMAN, CLERK

       By: /s/ Anna Contreraz
       Anna Contreraz, Deputy Clerk